## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DISTRICT

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| | ) Case No. 4:09CR00802ERW |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| HARRY THOMAS | ) |
| Defendant, | ) |

## ENTRY OF APPEARANCE

Comes Now, Attorney Lynne R. Perkins and enters his appearance on behalf of the above named defendant.

Respectfully Submitted,

/S/ LYNNE R. PERKINS

Mr. Lynne R. Perkins 5199232
Attorney For Defendant
4144 Lindell, Suite 104
St. Louis, MO 63108
(314) 534-9100