UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | No. 4:09 CR00802ERW |
| v. | ) | |
| | ) | |
| HARRY THOMAS, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S REQUEST FOR DISCOVERY

COMES NOW Defendant by and through counsel, and request that the Government disclose and furnish to the defendant, and permit the defendant to inspect and to copy or photograph, any and all the material and information which the defendant is entitled to discover pursuant to Rule 16 (a)(1)(A through G), Federal Rules of Criminal Procedure.

Defendant further requests, pursuant to Rule 12 (b) (4) (B), Federal Rules of Criminal Procedure, that the Government give notice to the defendant of its intent to use in its evidence in chief at trial any evidence that the defendant may be entitled to discover under Rule 16 Federal Rules of Criminal Procedure.

Respectfully Submitted,

/s/ Lynne R. Perkins
LYNNE R. PERKINS, No. 5199232
Attorney For Defendant
4244 Lindell, Suite 104
St. Louis, MO 63108

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the foregoing was electronically filed this 1st day of March 2010, with the Clerk of the Court to be served by operation of the Court's electronic filing system.